Debra Groberg, ISB No. 9797
NEVIN, BENJAMIN & McKAY LLP
303 West Bannock
P.O. Box 2772
Boise, Idaho 83701
Telephone: (208) 343-1000
Facsimile: (208) 345-8274
dgroberg@nbmlaw.com

Attorneys for the Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DANNY EUGENE SMITH, )<br>)<br>Defendant. )<br>_____ ) | CASE NO. 1:21-cr-00271-DCN<br><br>**DECLARATION OF DEBRA GROBERG IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL READINESS CONFERENCE AND TRIAL** |

I, Debra Groberg, hereby declare:

1. I am an attorney duly authorized to practice law before the United States District Court, District of Idaho.

2. I have been appointed as counsel for defendant Danny Eugene Smith, who was charged with one count of Distribution of Fentanyl and two counts of Distribution of Fluorofentanyl on October 13, 2021. Mr. Smith was subsequently arraigned on October 27, 2021, and counsel was appointed on October 29, 2021 for the limited purpose of representation for detention hearings. Undersigned counsel was subsequently appointed to fully represent Mr. Smith in this matter on December 1, 2021.

3. The trial in this matter is scheduled to commence on December 20, 2021, which is the first setting for this case. No prior continuances have been requested.

4. I received initial discovery from the government on November 17, 2021, consisting of 2700 pages of documents.

5. The government has informed counsel that additional discovery disclosures will be made in the near future.

6. Given the nature of this case, the recent appointment of undersigned counsel, the charges involved, the outstanding discovery, and the potential need for experts and additional investigation, I am unable to adequately prepare so as to render constitutionally effective assistance of counsel to Mr. Smith at the time presently set for trial. Accordingly, I request a continuance of this trial.

7. I have been in contact with the Assistant United States Attorney assigned to this case, Mr. Christopher Booker, who does not object to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of December, 2021.

NEVIN, BENJAMIN & McKAY LLP

/s/Debra Groberg
Debra Groberg

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Kassandra McGrady
United States Attorney's Office
Kassandra.mcgrady@usdoj.gov

                                       /s/Debra Groberg
                                       Debra Groberg